IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SANDRA COLLIER,

Plaintiff,

v.

COMPREHENSIVE BEHAVIORAL
HEALTH CENTER OF ST. CLAIR
COUNTY, INC.,

Defendant.

Case No. 22-cv-1107 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 7/19/2023         MONICA A. STUMP, Clerk of Court

                             s/ Tina Gray, Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**